UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANGEL NACIPUCHA,

                                Plaintiff,                            18-CV-02620 (SN)

              -against-                                **ORDER**

VILLA BERULIA INC., et al.,

                                Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, December 20, 2018, the parties in this Fair Labor Standards Act case appeared before me for a settlement conference. After a thorough settlement discussion, the parties agreed to settlement terms and consented to my jurisdiction. Pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), Plaintiffs have now submitted the settlement agreement for approval. I conclude that the settlement is fair and reasonable. This action is DISMISSED with prejudice.

**SO ORDERED.**

                                                      _____
                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      April 3, 2019
                   New York, New York